**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TYLER WOODS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| **v.** | ) | |
| | ) | **Judge** |
| **P.O FERRANTELLA #11403,** | ) | |
| **P.O RODRIGUEZ #14262,** | ) | |
| **JOHN DOE, JANE DOE,** | ) | |
| **Individually, and the CITY OF CHICAGO** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, TYLER WOODS by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and in support of their Complaint against the Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, individually, and the CITY OF CHICAGO, a municipal corporation, state as follows:

**COUNT I – FALSE ARREST/SEIZURE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, TYLER WOODS accomplished by acts and/or omissions of the Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, individually and the CITY OF CHICAGO, a municipal corporation, committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiff, TYLER WOODS, is a resident of the State of Illinois.

4. The Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, individually, were at all times relevant to the allegations of the Complaint, duly appointed Chicago Police officers and were acting within their scope of employment and under color of law.

5. On or about June 19, 2024, the Plaintiff, TYLER WOODS, was walking home in the vicinity of 5911 S Ann Ave. in Chicago, Illinois.

6. The Plaintiff was coming home from the gun range with his unloaded weapon in his backpack container.

7. The Plaintiff had a proper FOID card.

8. The Defendants stopped the Plaintiff walking down the street without any probable cause to believe he was committing a crime.

9. The Plaintiff informed the Defendants that he had a weapon in the bag, and he had a valid FOID card.

10. The Defendants thereafter searched the Plaintiff and found his weapon.

11. Plaintiff TYLER WOODS was not committing a crime or breaking any laws.

12. The Plaintiff was physically seized and handcuffed in an excessive fashion.

13. The Plaintiff was not free to go and was arrested.

14. The Plaintiff, TYLER WOODS, was held for approximately nine hours.

15. The Defendants' actions constituted an unlawful arrest.

16. The actions of the Defendants were intentional, willful, and wanton.

17. As a result of the Defendants' actions, the Plaintiff was wrongfully seized, handcuffed, and held in custody.

18. The actions of the Defendants constituted a violation of the Plaintiff TYLER WOODS Fourth Amendment rights as protected by 42 U.S.C. § 1983.

19. As a result of the actions of the Defendants, the Plaintiff, TYLER WOODS suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

**WHEREFORE**, the Plaintiff, TYLER WOODS prays for judgment in his favor and against the Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

<u>**COUNT II – EXCESSIVE FORCE**</u>

1-19. The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-19 of Count I as his respective allegations of paragraphs 1-19 of Count II as though fully set forth herein.

20. The plaintiff was injured by the Defendants physical action.

21. The actions of the search constituted a violation of the Plaintiff's Fourth Amendment rights.

22. The actions of the Defendants were intentional and wanton.

23. The actions of the Defendants constituted a violation of the Plaintiff' Fourth Amended rights as protected by 42 U.S.C. § 1983.

24. As a result of the actions of the Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, the Plaintiff, TYLER WOODS suffered fear, anxiety, pain and suffering, emotional distress, and monetary damages.

**WHEREFORE**, the Plaintiff, TYLER WOODS prays for judgment in his favor and against the Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees, and costs.

<u>**COUNT III – CITY OF CHICAGO / INDEMNIFICATION**</u>

1-19. Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-19 of Counts

3

I-II as his respective allegations of paragraphs 1-18 of Count III as though fully set forth herein.

25.     Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

26.     Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE are or were employees of the CITY OF CHICAGO and acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, P.O. FERRANTELLA #11403, P.O. RODRIGUEZ #14262, JOHN DOE, and JANE DOE be found liable for the acts alleged above, the Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

**WHEREFORE**, the Plaintiff, TYLER WOODS prays for judgment against the Defendant CITY OF CHICAGO for reasonable compensatory damages plus attorney's fees and costs.

<u>**JURY DEMAND**</u>

The Plaintiff, TYLER WOODS hereby request a trial by jury.

Respectfully submitted,
**TYLER WOODS**

By:     _/s/ Gregory E. Kulis_
One of Plaintiff' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
gkulis@kulislawltd.com
service@kulislawltd.com

4